IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI, ex rel.<br>CHRIS KOSTER, Attorney General,<br><br>Plaintiff,<br><br>vs.<br><br>CHAD FRANKLIN NATIONAL AUTO<br>SALES NORTH, LLC, d/b/a LEGEND<br>AUTO, CFS ENTERPRISE, INC. and<br>CHAD FRANKLIN,<br><br>Defendants. | Case No. 08-0655-CV-W-GAF |

## ORDER GRANTING UNOPPOSED MOTION TO REMAND CASE TO STATE COURT

Now pending before the Court is the parties' Unopposed Motion to Remand Case to State Court. For good cause shown, it is

ORDERED that the above referenced case is remanded to the Circuit Court of Clay County, Missouri, for all further proceedings.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: October 15, 2009